UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | CAUSE NO. 3:07-CR-86(01) RM |
| ) | |
| DAVID L. AKERS ) | |

ORDER

This matter is before the court on David Akers's objection to the magistrate judge's findings and recommendations upon a plea of guilty issued on April 30, 2008 [Doc. No. 30]. Mr. Akers objects to the finding that a factual basis exists for the plea in order to preserve the arguments made in his motion to dismiss indictment. Based on the ruling on the dismissal motion, the court overrules Mr. Akers's objection. Accordingly, the court now ADOPTS the magistrate judge's findings and recommendations [Doc. No. 29], ACCEPTS defendant David Akers's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 2250.

SO ORDERED.

ENTERED:   May 29, 2008

　　　　　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　United States District Court